1  Peter Singh, Esq. (#183686)
   **PETER SINGH & ASSOCIATES, P.C.**
2  The Historical Romain Building
   2055 San Joaquin Street
3  Fresno, California 93721
   Telephone (559) 256-9800
4  Facsimile (559) 256-9792

5  Attorney for: **RAFAEL PEREZ-PENA,** Defendant

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**RAFAEL PEREZ-PENA,**<br>　　　　Defendant. | Case No.1:10-CR-00352-OWW<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE, AND ORDER THEREON**<br><br>Date: March 21, 2011<br>Time: 9:00a.m.<br><br>*Honorable Oliver W. Wanger, Presiding* |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing in the above-captioned matter now scheduled for March 21, 2011, at 9:00 am, **may be continued to April 25, 2011, at 9:00 am.**

The grounds for the continuance are a conflict of schedule in Defense attorney's calendar and for further defense preparation and plea negotiations.

///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

Dated: March 9, 2011                    Respectfully Submitted by:


                                        By:    /s/ Peter Singh
                                        PETER SINGH, Esq.
                                        Attorney for RAFAEL PEREZ-PENA


Dated: March 9, 2011                    U.S. Attorney's Office, Southern Dist. Of
                                        California


                                        By:    /s/ Karen A. Escobar
                                        KAREN A. ESCOBAR, Esq.
                                        Assistant U.S. Attorney.


## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

IT IS SO ORDERED.


**Dated:   March 11, 2011**                 /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE